Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  14−20151−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Lawrence Donovan                              Particia F Pangi−Donovan
   108 Greenlawn Ave                                         108 Greenlawn Ave
   Middlesex, NJ 08846                                      Middlesex, NJ 08846

Social Security No.:
   xxx−xx−1868                                                    xxx−xx−9997

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after October 4, 2019 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: September 4, 2019
JAN: wdr

                                                                                                         Jeanne Naughton
                                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Lawrence Donovan  
Particia F Pangi-Donovan  
    Debtors

Case No. 14-20151-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 04, 2019  
                        Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.  
db/jdb        +Robert Lawrence Donovan,   Particia F Pangi-Donovan,   108 Greenlawn Ave,   Middlesex, NJ 08846-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 23:41:26     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 23:41:21    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                              TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:  
              Albert  Russo   docs@russotrustee.com  
              Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
              Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, NAtional Association, not in its individual or banking capacity, but solely as Indenture Trustee on behalf of MSDWCC HELOC Trust 2005-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
              Joshua I. Goldman   on behalf of Creditor   Wells Fargo Bank, NAtional Association, not in its individual or banking capacity, but solely as Indenture Trustee on behalf of MSDWCC HELOC Trust 2005-1 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
              Stephen M. Goldberg   on behalf of Joint Debtor Particia F Pangi-Donovan bk2notices@smgpc.com, bk2notices@gmail.com  
              Stephen M. Goldberg   on behalf of Debtor Robert Lawrence Donovan bk2notices@smgpc.com, bk2notices@gmail.com  
              Steven K. Eisenberg   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
                                                                                                                                         TOTAL: 7