**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Lawrence Donovan | Social Security number or ITIN    xxx–xx–1868 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Particia F Pangi–Donovan | Social Security number or ITIN    xxx–xx–9997 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–20151–MBK

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Lawrence Donovan         Particia F Pangi–Donovan

9/11/19            **By the court:** Michael B. Kaplan
                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 14-20151-MBK
Robert Lawrence Donovan                                                   Chapter 13
Particia F Pangi-Donovan
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Sep 11, 2019
                               Form ID: 3180W               Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db/jdb         +Robert Lawrence Donovan,    Particia F Pangi-Donovan,    108 Greenlawn Ave,
                 Middlesex, NJ 08846-2301
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Stern & Eisenberg, PC,   1040 North Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
514962052      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515016516      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514796401      +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
514796402      +City Ntl Bk/Ocwen Loan Service,    1661 Worthington Rd Suite 100,
                 West Palm Beach, FL 33409-6493
514796403      +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
515054288       Deutsche Bank National Trust Company,,   c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
514796405      +Dr. David Crystal,    P O Box 551,   Bound Brook, NJ 08805-0551
514796406      +Equifax Credit Information Services,    P O Box 740241,   Atlanta, GA 30374-0241
514796407      +Experian,   P O Box 2002,    Allen, TX 75013-2002
514885870      +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
514796410      +Mortgage Service Cente,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
514796409      +Mortgage Service Cente,    Attn: Bankruptcy Dept,    Po Box 5452,   Mt Laurel, NJ 08054-5452
515020718      +SPECIALIZED LOAN SERVICING, LLC,    8742 LUCENT BLVD SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
517218835      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514854541      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514796413      +TransUnion,    P O Box 2000,   Chester, PA 19016-2000
515028039      +Wells Fargo Bank,    Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 00:08:24     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 00:08:18     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514796389      +EDI: AMEREXPR.COM Sep 12 2019 03:28:00      American Express,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
514796388      +EDI: BECKLEE.COM Sep 12 2019 03:28:00      American Express,   Po Box 3001,
                 16 General Warren Blvd,   Malvern, PA 19355-1245
515003343       EDI: BECKLEE.COM Sep 12 2019 03:28:00      American Express Bank, FSB,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515006539       EDI: BECKLEE.COM Sep 12 2019 03:28:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
514796390      +EDI: BECKLEE.COM Sep 12 2019 03:28:00      Amex/American Express,   Po Box 3001,
                 16 General Warren Blvd,   Malvern, PA 19355-1245
514796391      +EDI: AMEREXPR.COM Sep 12 2019 03:28:00      Amex/American Express,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
514796392       EDI: BANKAMER.COM Sep 12 2019 03:28:00      Bank Of America,   Po Box 982235,
                 El Paso, TX 79998
514796393      +EDI: TSYS2.COM Sep 12 2019 03:28:00      Barclays Bank Delaware,   125 S West St,
                 Wilmington, DE 19801-5014
514796399       EDI: CITICORP.COM Sep 12 2019 03:28:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
514796394      +EDI: CAPITALONE.COM Sep 12 2019 03:28:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
514796395      +EDI: CAPITALONE.COM Sep 12 2019 03:28:00      Capital 1 Bank,   Pob 30281,
                 Salt Lake City, UT 84130-0281
514796396      +EDI: CHASE.COM Sep 12 2019 03:28:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514796398      +EDI: CHASE.COM Sep 12 2019 03:28:00      Chase Mht Bk,   Po Box 15298,
                 Wilmington, DE 19850-5298
514796397      +EDI: CHASE.COM Sep 12 2019 03:28:00      Chase Mht Bk,   Attention: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
514796400      +EDI: CITICORP.COM Sep 12 2019 03:28:00      Citibank Sd, Na,   Pob 6241,
                 Sioux Falls, SD 57117-6241
514807639       EDI: DISCOVER.COM Sep 12 2019 03:28:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
514796404      +EDI: DISCOVER.COM Sep 12 2019 03:28:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
514796408      +EDI: RMSC.COM Sep 12 2019 03:28:00      Gecrb/tjx Cos Dc,   Po Box 965015,
                 Orlando, FL 32896-5015
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Sep 11, 2019
                               Form ID: 3180W           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515052213        EDI: PRA.COM Sep 12 2019 03:28:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
514906472        EDI: Q3G.COM Sep 12 2019 03:28:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
514796411       +EDI: SEARS.COM Sep 12 2019 03:28:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514796412       +EDI: WTRRNBANK.COM Sep 12 2019 03:28:00      Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516214502*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517218834*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517553425*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517553426*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NAtional Association, not in its
               individual or banking capacity, but solely as Indenture Trustee on behalf of MSDWCC HELOC Trust
               2005-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Wells Fargo Bank, NAtional Association, not in its
               individual or banking capacity, but solely as Indenture Trustee on behalf of MSDWCC HELOC Trust
               2005-1 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Stephen M. Goldberg    on behalf of Joint Debtor Particia F Pangi-Donovan bk2notices@smgpc.com,
               bk2notices@gmail.com
              Stephen M. Goldberg    on behalf of Debtor Robert Lawrence Donovan bk2notices@smgpc.com,
               bk2notices@gmail.com
              Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                              TOTAL: 7
```